# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　　　PLAINTIFF<br>　　　　v.<br>Jose Manuel Cervantes Acevedo<br><br>　　　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>5:12-MJ-00406<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

　　Upon motion of _defendant_____, IT IS ORDERED that a detention hearing is set for _April 26_____, _2016_____, at _2:00_____ ☐a.m. / ☒p.m. before the Honorable _SHERI PYM_____, in Courtroom _4 - 3rd floor_____.

　　Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
　　　　　　_(Other custodial officer)_

Dated: _4-19-16_____　　　　　　　　　　　_____SHERI PYM_____
　　　　　　　　　　　　　　　　　　　　　　　　~~U.S. District Judge~~/Magistrate Judge