EILEEN M. DECKER
United States Attorney
JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office
BILAL A. ESSAYLI (Cal. Bar No. 273441)
Assistant United States Attorney
Riverside Branch Office
    3403 10th Street, Suite 200
    Riverside, California 92501
    Telephone:    (951) 894-6246
    Facsimile:    (951) 894-6202
    E-mail:  bilal.essayli@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN MATTER OF THE EXTRADITION OF JOSE MANUEL CERVANTES ACEVEDO | No. ED 12-00406-M<br><br>ORDER |
|---|---|

Upon consideration of the request of the United States for the detention of fugitive JOSE MANUEL CERVANTES ACEVEDO pending extradition proceedings, and good cause therefor appearing,

IT IS HEREBY ORDERED that said request is GRANTED, the Court making the following findings of fact and conclusions of law:

    1.   In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail. <u>Wright v. Henkel</u>, 190 U.S. 40, 63 (1903); <u>United States v. Salerno</u>, 878 F.2d 317 (9th Cir. 1989); see also <u>In re Smyth</u>, 976 F.2d 1535, 1535-36 (9th Cir. 1992); <u>Kamrin v. United States</u>, 725 F.2d 1225, 1228 (9th Cir. 1984). The burden of showing special circumstances falls on the defendant.

2. A detention hearing was held on May 3, 2016 and defendant failed to establish "special circumstances" to justify his release.

3. Defendant is ordered detained and remanded into the custody of the United States Marshal pending further proceedings, and a status conference is set for July 18, 2016 at 3:00 p.m.

IT IS SO ORDERED.

May 4, 2016
DATE

THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

2